IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROY HARSHEY,         )<br>          Plaintiff,     )<br>                             )<br>  vs                         )<br>LIFE INSURANCE COMPANY OF   )<br>NORTH AMERICA,       )<br>          Defendant.    ) | Civil Action No. 18-424 |

### O R D E R

AND NOW this 20th day of July, 2018, upon consideration of Plaintiff's Motion for Dismissal (ECF No. 14),

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and without costs pursuant to the parties' settlement.

s/Robert C. Mitchell
ROBERT C. MITCHELL
UNITED STATES MAGISTRATE JUDGE